PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 480
GLENDALE, CALIFORNIA 91203

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| KEVIN HICKS, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT LOUIS STEVENSON SCHOOL, et al.,<br><br>        Defendants. | Case No.  5:25-CV-10317-NW<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION TO SUBMIT MATTER TO BINDING ARBITRATION**<br><br>Action filed: 12/01/2025 |

Pursuant to the parties' Stipulation to Submit Matter to Binding Arbitration, IT IS HEREBY ORDERED that:

1.    Plaintiff shall submit the Complaint to binding arbitration in accordance with the Employment Agreement entered into by Plaintiff and Robert Louis Stevenson School on or about December 5, 2014.

2.    All judicial proceedings in this matter shall be stayed pending the completion of arbitration.

DATED:  February 11, 2026

_____
NOEL WISE
United States District Judge

2

[PROPOSED] ORDER GRANTING                                    Case No.  5:25-CV-10317-NW
STIPULATION TO SUBMIT MATTER TO ARBITRATION

PAZZANI & SANDHU LLP
700 N. CENTRAL AVENUE, SUITE 480
GLENDALE, CALIFORNIA 91203